Arthur M. Notz III

vs.                    Case No. 5:25-cv-99-PGB-PRL

Brooks shoe's, CAT, Shaq O'Neilly Dr. Phil, Skecher's, Bass Pro Shop, Simple Orange, Van's, Finish Line, Foot Locker, Rack Room Shoe's, General Insurance Company, Under Armor, North Face, R.T.G. Room To Go, Gatorade, N.F.L. National Football League, N.F.S.T.S.A., N.F.E.T.C.

## Lawsuit

① List of Charges
Against All...

① Threatening my Household Income And Veterans Disability, Stronghold, Medical Insurance Policy... Disability Actively All Claiming Instability...

**RECEIVED**
Date: 2/10/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

② Threatening Medical Status, Monetary Status, Veterans Benefits Household Stronghold, Family Holdings And Medical Insurance Policy,... Health care,... And Threatening My Family Dynamics...

③ Rape Meaning <u>Defile</u> Definition.

④ Child Abuse/Neglect/Birth Defect

⑤ Harassment/Heresy

⑥ Invasion of Privacy

⑦ False Charges

⑧ Trespassing; me And House

⑨ Stalking; me And House

⑩ Stealing; Design, Concepts

⑪ Slander

Read Entire Lowsuit And All Subsequint Documents (See All Attached Documents